WATERMAN LUMBER & SUPPLY CO. v. WHEELER.

(Court of Civil Appeals of Texas. Texarkana. Nov. 9, 1911. Rehearing Denied Nov. 16, 1911.)

COURTS (§ 247*)—JURISDICTION—AFFIRMANCE ON CERTIFICATE.

A Court of Civil Appeals not having jurisdiction of an appeal, because the law, placing in its district the county in which the judgment was rendered, was not in force when the appeal was perfected, it has not jurisdiction to entertain a proceeding to affirm on certificate as provided by Rev. St. 1895, art. 1016.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 749–765; Dec. Dig. § 247.*]

Appeal from Shelby County Court; Edgar W. Hooker, Judge.

Action between the Waterman Lumber & Supply Company and L. Wheeler. From an adverse judgment, said company appealed. Wheeler moves to affirm, on certificate, the judgment. Motion dismissed.

Davis & Davis, for appellant. H. E. Stephenson, for appellee.

LEVY, J. A motion is filed in this court to affirm on certificate a judgment rendered in the district court of Shelby county. The judgment was rendered on April 26, 1911, notice of appeal was given May 27th, and appeal bond executed and filed on June 7th. The law placing Shelby county in the Sixth appellate district, however, was not in force at the time the appeal in this case was perfected. Acts 1911, p. 269. Consequently this particular court has no jurisdiction to entertain the appeal. See Gordon v. Daniels, 104 S. W. 786, and Gordon v. Willson, 101 Tex. 43, 104 S. W. 1043. As this court is without jurisdiction to entertain the appeal, it follows that it has not jurisdiction to entertain any proceeding to affirm on certificate, as provided by article 1016 of the Revised Civil Statutes of 1895.

The motion is dismissed for want of jurisdiction.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes